UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

---

RAVEN GARDNER, JASMINE JETT,
and LASHAWNDRA WILLIAMS,

    Plaintiffs,  
v.  

ADVISACARE, INC.,  
    Defendant.

Case No. 20-cv-12451  
Honorable Shalina D. Kumar  
Magistrate Judge David R. Grand

---

| Matthew J. Clark (P76690) | E. Meaghan Clayton (P85409) |
| Gregory, Moore, Brooks & Clark , P.C. | Rhoades McKee P.C. |
| *Attorney for Plaintiffs* | *Attorney for Defendant* |
| 28 W. Adams Ave., Ste. 300 | 55 Campau Avenue, NW, Ste. 300 |
| Detroit, MI 48226 | Grand Rapids, MI 49503 |
| (313) 964-5600 | (616) 235-3500 |
| matt@unionlaw.net | mclayton@rhoadesmckee.com |

---

## **STIPULATED ORDER OF DISMISSAL**

WHEREAS, Plaintiffs have agreed to dismiss any and all claims raised in their Complaint against Defendant AdvisaCare, Inc. with prejudice and without costs in the above-entitled case.

NOW, THEREFORE, IT IS HEREBY ORDERED that the above-entitled matter be dismissed against Defendant AdvisaCare, Inc. with prejudice and without costs in the above-entitled case.

This is a final order and resolves all outstanding claims in this matter.

1

2/15/23                                             s/David R. Grand
Date

United States Magistrate Judge

Date: February 15, 2023                 Stipulated as to form and consent,

/s/ Matthew J. Clark                     /s/ E. Meaghan Clayton
Matthew J. Clark (P76690)            E. Meaghan Clayton (P85409)
Gregory, Moore, Brooks & Clark, P.C.     Rhoades McKee P.C.
*Attorney for Plaintiffs*                     *Attorney for Defendant*
28. W. Adams Ave., Ste. 300           55 Campau Avenue, NW, Ste. 300
Detroit, MI 48226                           Grand Rapids, MI 49503
(313) 964-5600                             (616) 235-3500
matt@unionlaw.net                       mclayton@rhoadesmckee.com